UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LAKESIDE INDUSTRIES INC., | CASE NO. 3:24-cv-05754-DGE |
| Plaintiff, | MINUTE ORDER |
| v. | |
| GENERAL REINSURANCE CORPORATION et al., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, United States District Judge David G. Estudillo:

The Parties' Stipulated Motion for Extension of Time for TIG Insurance Company to Respond to the First Amended Complaint (Dkt. No. 33) is GRANTED.  The deadline by which Defendant TIG Insurance Company must file an answer or otherwise respond to Plaintiff Lakeside Industries' First Amended Complaint is extended to December 20, 2024.  The Court notes that it did not receive a Word version of the proposed order to the Orders Inbox

MINUTE ORDER - 1

(estudilloorders@wawd.uscourts.gov) and that in the future the Court may decline to grant a motion without the Word version of the proposed order.  *See* LCR 7(b).

Dated this 2nd day of December, 2024.

The foregoing Minute Order authorized by THE HONORABLE DAVID G. ESTUDILLO, UNITED STATES DISTRICT JUDGE.

MINUTE ORDER - 2