**The Hon. David G. Estudillo**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LAKESIDE INDUSTRIES, INC., | Case No. 3:24-cv-05754-DGE |
| Plaintiff, | ORDER ENTERING PARTIAL DECLARATORY JUDGMENT FOR PLAINTIFF LAKESIDE INDUSTRIES, INC., AGAINST DEFENDANTS TIG INSURANCE COMPANY, LIBERTY MUTUAL INSURANCE COMPANY AND SAFECO INSURANCE COMPANY OF AMERICA |
| v. | |
| GENERAL REINSURANCE CORPORATION; INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA; LIBERTY MUTUAL INSURANCE COMPANY; SAFECO INSURANCE COMPANY; TIG INSURANCE COMPANY; PHOENIX INSURANCE COMPANY; ST. PAUL FIRE & MARINE INSURANCE COMPANY; UNITED STATES FIDELITY AND GUARANTY COMPANY; FIDELITY AND GUARANTY INSURANCE UNDERWRITERS INC., | |
| Defendants. | |

ORDER ENTERING PARTIAL DECLARATORY JUDGMENT FOR
PLAINTIFF LAKESIDE INDUSTRIES, INC., AGAINST
DEFENDANTS TIG INS. CO., LIBERTY MUTUAL INS. CO. AND
SAFECO INS. CO. OF AMERICA

Case No. 3:24-cv-05754-DGE

CLYDE & CO US LLP
401 Union Street, Suite 1400
Seattle, Washington 98101
Tel: (206) 689-8500 / Fax: (206) 689-8501

This order enters partial declaratory judgment for Plaintiff Lakeside Industries, Inc. ("Lakeside") against Defendants TIG Insurance Company ("TIG"), Liberty Mutual Insurance Company ("Liberty"), and Safeco Insurance Company of America ("Safeco") (Liberty and Safeco are together referred to as "Liberty/Safeco")[1] for coverage for Lakeside's environmental liability under policies issued by TIG, and a policy issued by General Insurance Company ("General") for which Lakeside alleges Liberty and Safeco are responsible.

### A.    The Sites

The "Aberdeen Site" refers to the cleanup site known as "Lakeside Industries Aberdeen" with Facility Site ID 84657452 and Cleanup Site ID 3390, as currently defined or may be defined in the future by Washington Department of Ecology or any other regulatory entity with jurisdiction, which includes, but is not limited to, anywhere known or newly discovered contamination has come to be located on, in, or migrating to or from the real property with Grays Harbor County tax parcel number 317091011005 and currently identified with the street address 2400 Sargent Boulevard, Aberdeen, Washington.  The "Longview Site" refers to the cleanup site known as "Lonestar" and "Cowlitz Redimix Inc." with Facility Site ID 8138418 and Cleanup Site ID 10598, as currently defined or may be defined in the future by Washington Department of Ecology or any other regulatory entity with jurisdiction, which includes, but is not limited to, anywhere contamination has come to be located on, in, or migrating to or from the real property with Cowlitz County tax parcel numbers 10638, 10645, and 106470100, and currently identified by the Department of Ecology with the street address 280 Tennant Way, Longview, Washington. On June 27, 2024, with Resolution No. 2505, the City of Longview determined that a portion of Tennant Way will be known as Swanson Way.  The current street addresses for the real property associated with those parcel numbers include 500 Swanson Way, 400 Swanson Way, and 300 Swanson Way in Longview, Washington.

---

[1] Safeco Insurance Company of America was incorrectly named as "Safeco Insurance Company" in Lakeside's Amended Complaint.

| ORDER ENTERING PARTIAL DECLARATORY JUDGMENT FOR PLAINTIFF LAKESIDE INDUSTRIES, INC., AGAINST DEFENDANTS TIG INS. CO., LIBERTY MUTUAL INS. CO. AND SAFECO INS. CO. OF AMERICA<br><br>Case No. 3:24-cv-05754-DGE | 2 | CLYDE & CO US LLP<br>401 Union Street, Suite 1400<br>Seattle, Washington 98101<br>Tel: (206) 689-8500 / Fax: (206) 689-8501 |

The term "Centralia Site" refers to the cleanup sites known as "Lakeside Industries Centralia" with Facility Site ID 13796544 and Cleanup Site ID 15050 and "Lakeside Industries Former Asphalt Plant" with Facility Site ID 13796544 and Cleanup Site ID 15055, as currently defined or may be defined in the future by Washington Department of Ecology or any other regulatory entity with jurisdiction, which includes, but is not limited to, anywhere contamination has come to be located on, in, or migrating to or from the real property with Lewis County tax parcel numbers 023602001001 and 009772001000 and currently identified with the street address 2001 Johnson Road, Centralia, Washington.

The term "Portland Harbor Site" refers to the Portland Harbor Superfund Site, which the U.S. Environmental Protection Agency (EPA) designated as EPA ID ORSFN1002155 and as defined in the Record of Decision signed on January 3, 2017 by the EPA Administrator and as modified by the Explanation of Significant Differences (Dec. 9, 2019), Errata #1 (April 2018), Errata #2 (Jan. 2020), Errata #3 (Sept. 2022), and Errata #4 (Sept. 2025), and any future attachments, amendments and modifications thereto; any guidance relevant to the Portland Harbor Superfund Site issued by EPA; any consent decrees that may be entered in connection with the Portland Harbor Superfund Site; and the real property located within the Portland Harbor Superfund Site at 4850 NW Front Ave., Portland, Oregon, which the Oregon Department of Environmental Quality designated as a Portland Harbor Upland Source Control site, known as Environmental Cleanup Site Information No. 2372, and any associated in-water structures and sediments owned, operated, leased and/or subleased by Lakeside.

The term "Mt. Solo Landfill Site" refers to the cleanup site known as "Schill Brothers Asphalt & Paving" and "Mt. Solo Landfill" with Facility Site ID 1085 and Cleanup Site ID 3028, as currently defined or may be defined in the future by Washington Department of Ecology or any other regulatory entity with jurisdiction, which includes, but is not limited to, anywhere contamination has come to be located on, in, or migrating to or from the real property with Cowlitz County tax parcel number 107010101 and currently identified by the Department of

ORDER ENTERING PARTIAL DECLARATORY JUDGMENT FOR
PLAINTIFF LAKESIDE INDUSTRIES, INC., AGAINST
DEFENDANTS TIG INS. CO., LIBERTY MUTUAL INS. CO. AND
SAFECO INS. CO. OF AMERICA

Case No. 3:24-cv-05754-DGE

3

CLYDE & CO US LLP
401 Union Street, Suite 1400
Seattle, Washington 98101
Tel: (206) 689-8500 / Fax: (206) 689-8501

Ecology and Cowlitz County Assessor with the street address 4646 Mt. Solo Road, Longview, Washington.

**B.      The Parties**

Lakeside is a Washington corporation with its principal place of business in Issaquah, Washington.

TIG is a California corporation with its principal place of business in Manchester, New Hampshire.

Liberty is a Massachusetts corporation with its principal place of business in Massachusetts.

Safeco is a New Hampshire corporation with its principal place of business in Massachusetts.

**C.      The Insurance Policies**

TIG issued the following primary insurance policies that include third party property damage liability coverage to Lakeside (hereinafter, the "TIG Policies"):

| Policy Number | Policy Period | Policy Limits |
| --- | --- | --- |
| 10712959 | 7/31/1977 – 7/31/1978 | $100,000 per occurrence $100,000 aggregate |
| 1545256 | 7/31/1978 – 7/31/1979 | $100,000 per occurrence $100,000 aggregate |

General issued the following primary insurance policy that includes third party property damage liability coverage not subject to an absolute pollution exclusion to Lakeside (hereinafter, the "General Policy"):

| Policy Number | Policy Period | Policy Limits |
| --- | --- | --- |
| CP2076711 | 7/31/1985 – 7/31/1986 | $1 million occurrence $1 million aggregate |

ORDER ENTERING PARTIAL DECLARATORY JUDGMENT FOR PLAINTIFF LAKESIDE INDUSTRIES, INC., AGAINST DEFENDANTS TIG INS. CO., LIBERTY MUTUAL INS. CO. AND SAFECO INS. CO. OF AMERICA

4

CLYDE & CO US LLP
401 Union Street, Suite 1400
Seattle, Washington 98101
Tel: (206) 689-8500 / Fax: (206) 689-8501

Case No. 3:24-cv-05754-DGE

TIG's obligation to defend and indemnify Lakeside with respect to all sites shall be terminated upon payment by TIG of the $100,000 aggregate limits of each of the TIG Policies for covered costs properly characterized as indemnity with respect to any site or combination of sites.  Due to $49,769.38 in prior indemnity payments, the $100,000 aggregate limit of Policy No. 10712959 has been eroded by $24,884.69, and the $100,000 aggregate limit of Policy No. 11545256 has been eroded by $24,884.69.  The remaining aggregate limit of Policy No. 10712959 is $75,115.31, and the remaining aggregate limit of Policy No. 11545256 is $75,115.31.

Liberty/Safeco's obligation to defend and indemnify with respect to all sites shall be terminated upon payment by Liberty/Safeco of the $1 million aggregate limit of the General Policy for covered costs properly characterized as indemnity with respect to any site or combination of sites.  Due to $488,296.17 in prior indemnity payments, the remaining aggregate limit of the General Policy is $511,703.83.

**D.    Relief Granted**

Pursuant to Fed. R. Civ. P. 58, this Order enters judgment in favor of Lakeside and against TIG, Liberty, and Safeco, on Lakeside's Second Claim for Relief (Declaratory Relief) in its First Amended Complaint for Damages and Declaratory Judgment.

NOW, THEREFORE, the Court hereby:

ORDERS that judgment be entered, as set forth herein, in favor of Lakeside and against TIG on Lakeside's Second Claim for Relief (Declaratory Relief);

ORDERS that Judgment be entered, as set forth herein, in favor of Lakeside and against Liberty/Safeco on Lakeside's Second Claim for Relief (Declaratory Relief);

DECLARES that TIG is obligated under the TIG Policies and Liberty/Safeco are obligated under the General Policy, to defend and indemnify Lakeside against all reasonable and necessary defense costs, and all remediation costs (subject to the  aggregate limits of liability in the TIG Policies and the General Policy, and the other limitations stated in  this Judgment)

ORDER ENTERING PARTIAL DECLARATORY JUDGMENT FOR
PLAINTIFF LAKESIDE INDUSTRIES, INC., AGAINST
DEFENDANTS TIG INS. CO., LIBERTY MUTUAL INS. CO. AND
SAFECO INS. CO. OF AMERICA

Case No. 3:24-cv-05754-DGE

5

arising out of the subject environmental liabilities at the Aberdeen Site, Longview Site, and Portland Harbor Site;

DECLARES that TIG and Liberty/Safeco are jointly and severally liable for all reasonable and necessary defense costs incurred by Lakeside in connection with the Aberdeen Site, Longview Site, and Portland Harbor Site prior to the exhaustion of the applicable occurrence limits of the TIG Policies and prior to the exhaustion of the aggregate limit of the General Policy, respectively;

DECLARES that TIG and Liberty/Safeco shall pay their respective shares of all reasonable and necessary defense costs within 45 days from the date of submission by Lakeside. Liberty/Safeco and TIG shall, however, be jointly and severally liable for all reasonable and necessary defense costs incurred by Lakeside in connection with these sites and, if one insurer does not pay within 45 days, Lakeside shall notify the other insurer of the nonpayment, and that insurer shall promptly pay the non-paying insurer's share. Lakeside shall clearly identify defense costs as such when it submits such costs for payment. If Liberty/Safeco and/or TIG object to Lakeside's categorization of certain costs as defense, they shall notify Lakeside of such objection within 30 days and identify the basis for such objection, and Liberty/Safeco and/or TIG may request an additional 30 days to review bills to make this determination of Lakeside, and Lakeside shall not unreasonably refuse any such reasonable request. Lakeside shall have the right to withdraw any request for payment at any time up to sixty days after a ruling by this Court as to whether a certain cost is for defense or indemnity. If such a request is withdrawn after payment is issued, Lakeside will return such payment;

DECLARES that the following categories of anticipated future costs will be categorized as defense costs:

- All reasonable and necessary legal and consultant fees and costs incurred in connection with the Portland Harbor site through (a) the entry of a consent decree with the United States of America (and all parties who may be signatories to the consent decree) resolving Lakeside's liability at the Portland Harbor site, or

ORDER ENTERING PARTIAL DECLARATORY JUDGMENT FOR PLAINTIFF LAKESIDE INDUSTRIES, INC., AGAINST DEFENDANTS TIG INS. CO., LIBERTY MUTUAL INS. CO. AND SAFECO INS. CO. OF AMERICA

Case No. 3:24-cv-05754-DGE

6

CLYDE & CO US LLP
401 Union Street, Suite 1400
Seattle, Washington 98101
Tel: (206) 689-8500 / Fax: (206) 689-8501

(b) the signing of all private settlement agreements addressing and/or resolving Lakeside's liability at the Portland Harbor site, whichever is later.

- Lakeside's allocated share of past costs incurred or to be reimbursed by members of the Participation and Common Interest Group ("PCI Group") in connection with the Portland Harbor site for preliminary assessments, remedial investigations, risk assessments, or other necessary investigation (but not remedial design or implementation of the remedy), as those terms are defined by rule by the Oregon Department of Environmental Quality.

- Any future costs incurred at the Portland Harbor site for preliminary assessments, remedial investigations, risk assessments, or other necessary investigation (but not remedial design or implementation of the remedy), as those terms are defined by rule by the Oregon Department of Environmental Quality.

- Any reasonable and necessary legal and consultant fees and costs incurred in connection with the Portland Harbor site or Longview site that have not been reimbursed by the carriers as of the effective date of this Agreement.

- All costs related to any investigation, characterization, study, and evaluation to determine the source, type, and extent of contamination in all media, including but not limited to sediment, required by the Washington Department of Ecology or otherwise necessary to meet the substantive requirements of Washington's Model Toxics Control Act (Chapter 70A.305 RCW) and its implementing regulations (Chapter 173-340 WAC), including any costs for coordinating with and reporting to the Department of Ecology for its technical assistance and opinions.

- All reasonable and necessary legal costs incurred in connection with the Longview site, including but not limited to costs associated with potential claims relating to cost recovery or contribution involving other potentially liable parties.

DECLARES that TIG and Liberty/Safeco are obligated under the TIG Policies and General Policy, respectively, to indemnify Lakeside against all covered remediation costs arising out of the subject environmental liabilities at the Centralia Site, up to the applicable aggregate limits of the TIG Policies and the General Policy;

DECLARES that TIG, and Liberty/Safeco have no obligation under the TIG Policies and General Policy, respectively, to defend Lakeside at the Centralia Site,

DECLARES that TIG and Liberty/Safeco have no obligation under the TIG Policies and the General Policy, respectively, to indemnify Lakeside for soil remediation costs, except to the

ORDER ENTERING PARTIAL DECLARATORY JUDGMENT FOR PLAINTIFF LAKESIDE INDUSTRIES, INC., AGAINST DEFENDANTS TIG INS. CO., LIBERTY MUTUAL INS. CO. AND SAFECO INS. CO. OF AMERICA

Case No. 3:24-cv-05754-DGE

7

CLYDE & CO US LLP
401 Union Street, Suite 1400
Seattle, Washington 98101
Tel: (206) 689-8500 / Fax: (206) 689-8501

extent that such costs are necessary to remediate groundwater contamination or cut off a pollutant pathway from soil to groundwater;

DECLARES that TIG and Liberty/Safeco have no obligation under the TIG Policies and the General Policy, respectively, to pay for any capital improvements or infrastructure upgrades (*e.g.,* no "betterment").  Provided, however, that this paragraph does not apply to any activity that is deemed by a regulatory agency to be necessary to effectuate investigation or remediation activities for currently zoned use, or to comply with changes in zoning, provided such changes are not initiated or voluntarily undertaken by Lakeside;

DECLARES that Liberty/Safeco are obligated under the General Policy to defend and indemnify Lakeside against all reasonable and necessary defense costs and remediation costs (subject to the aggregate limit of liability in the General Policy, and the other limitations stated in this Judgment) arising out of the subject environmental liabilities at the Mount Solo Site;

DECLARES that Lakeside shall have the sole authority to determine what indemnity costs to submit for payment, which costs Lakeside shall clearly identify as "indemnity costs" upon submitting them for payment. Liberty/Safeco and TIG shall provide a quarterly accounting of defense versus indemnity costs paid to date under each of the Policies.

The Court retains jurisdiction pursuant to 28 U.S.C. § 2201 to grant further relief whenever necessary or proper, in order to enforce this declaratory judgment, including, but not limited to, enforcement of payment by TIG, Liberty, or Safeco of defense and indemnity costs Lakeside incurs in connection with the environmental liabilities set forth herein.

**E.      The Obligations of Other Insurers are Not Eliminated by This Judgment and Any Contribution Rights of Liberty/Safeco and TIG are Preserved**

Liberty/Safeco, General, and TIG contend that they have contribution rights against other insurers based on their respective past and future payments to Lakeside.  To the extent that Liberty/Safeco and/or TIG have paid or pay in the future sums for which other insurers may be

ORDER ENTERING PARTIAL DECLARATORY JUDGMENT FOR        8
PLAINTIFF LAKESIDE INDUSTRIES, INC., AGAINST
DEFENDANTS TIG INS. CO., LIBERTY MUTUAL INS. CO. AND
SAFECO INS. CO. OF AMERICA

Case No. 3:24-cv-05754-DGE

CLYDE & CO US LLP
401 Union Street, Suite 1400
Seattle, Washington 98101
Tel: (206) 689-8500 / Fax: (206) 689-8501

liable, the existence of this judgment shall not in any way reduce or impair any contribution rights of Liberty/Safeco and/or TIG.

Dated this 10th day of July, 2026.

David G. Estudillo
United States District Judge

PRESENTED BY:

THE NADLER LAW GROUP LLP

BY    /s/  Mark Nadler
      Mark Nadler, WSBA No. 18126
      Michael Harvey, WSBA No. 51813
      Jay Carlson, WSBA No. 30411, of Counsel
      John Dolese, WSBA No. 18015, of Counsel
      *Counsel for Plaintiff, Lakeside Industries, Inc.*

PRESENTED BY:

FOSBERG & UMLAUF, P.S.

BY    /s/  Charles A. Henty
      Charles A. Henty, WSBA No. 39222
      *Counsel for Defendants, General Reinsurance
      Corporation; Liberty Mutual Insurance Company, and
      Safeco Insurance Company of America*

PRESENTED BY:

CLYDE & CO US LLP

BY    /s/  Danielle N. McKenzie
      Danielle N. McKenzie, WSBA No. 49715
      *Counsel for Defendant TIG Insurance Company*

ORDER ENTERING PARTIAL DECLARATORY JUDGMENT FOR          9
PLAINTIFF LAKESIDE INDUSTRIES, INC., AGAINST
DEFENDANTS TIG INS. CO., LIBERTY MUTUAL INS. CO. AND
SAFECO INS. CO. OF AMERICA

Case No. 3:24-cv-05754-DGE

CLYDE & CO US LLP
401 Union Street, Suite 1400
Seattle, Washington 98101
Tel: (206) 689-8500 / Fax: (206) 689-8501